IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR51 |
| | ) | |
| v. | ) | |
| | ) | |
| COLIN REID, | ) | ORDER AND JUDGMENT |
| | ) | |
| Defendant. | ) | |

　　　　Pursuant to the memorandum opinion entered herein this date,

　　　　IT IS ORDERED that defendant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence (Filing No. 127) is denied.

　　　　DATED this 10th day of January, 2006.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　/s/ Lyle E. Strom
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　LYLE E. STROM, Senior Judge
　　　　　　　　　　　　　　　United States District Court